**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-6266**

EDSON FURTADO,

                    Plaintiff - Appellant,

          v.

CORNELIUS J. VAUGHEYS, Judge; STATE OF MARYLAND,

                    Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Roger W. Titus, District Judge. (8:07-cv-
03251-RWT)

Submitted:  April 24, 2008          Decided:  April 30, 2008

Before KING and SHEDD, Circuit Judges, and WILKINS, Senior Circuit
Judge.

Affirmed by unpublished per curiam opinion.

Edson Furtado, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edson Furtado appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Furtado's motion for appointment of counsel and affirm for the reasons stated by the district court. <u>Furtado v. Vaugheys</u>, No. 8:07-cv-03251-RWT (D. Md. Jan. 31, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>